**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Louis W. Kulack                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-13066 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
04 Aug 2025, 15:29:29, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322