DD955

Strasburg Lawn Structures LLC
3270 Lower Valley Rd
Parkesburg, PA 19365

Check date:    06/13/25

**Pay to the order of:** Louis W Kulack                                $ *************0.00

**Zero   and    00/100*********************************************************

Louis W Kulack
261 Sunnyside Rd
West Grove, PA 19390

| 80 | Louis W Kulack | | | | Check date: 06/13/25 | Check #: DD955 |
|---|---|---|---|---|---|---|
| | | | | | Period begin: 05/25/25 | Period end: 06/07/25 |

| Wages | Rate | Reg Hrs | OT Rate | O/T Hrs | Benefit Hrs | Amount | YTD |
|---|---|---|---|---|---|---|---|
| Hourly Rate | 25.00 | 80.00 | 37.50 | 126.50 | | 6,743.75 | 18,684.38 |
| Bonus | | | | | | 557.66 | 717.66 |
| Mileage Reimbur | | | | | | 21.70 | 21.70 |
| Per Diem | | | | | | 525.00 | 1,425.00 |
| Driver | | | | | | | 116.25 |
| **Totals** | | 80.00 | | 126.50 | | 7,301.41 | 19,518.29 |

| Benefit | YTD Used | Available | Dir Dep Acct | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | 7599 | 5,644.77 | 14,292.68 | Net Check | 0.00 | 0.00 |
| | | | | | 1,139.83 | Direct Deposit | 5,644.77 | 15,432.51 |
| | | | | | | Total Pay | 5,644.77 | 15,432.51 |

| Deductions | Amount | YTD | Withholdings | Amount | YTD |
|---|---|---|---|---|---|
| Miscellaneous Deduction | 20.00 | 80.00 | FICA-SS | 452.68 | 1,210.13 |
| | | | FICA-MED | 105.88 | 283.02 |
| | | | FIT | 1,338.76 | 3,192.07 |
| | | | Pennsylvania SIT | 224.15 | 599.21 |
| | | | Pennsylvania SUI | 5.11 | 13.67 |
| | | | Pennsylvania Penn, Township of | 54.76 | 146.38 |
| | | | Pennsylvania West Sadsbury, Tow | 2.00 | 8.00 |
| **Total Deductions** | 20.00 | 80.00 | **Total Withholdings** | 2,183.34 | 5,452.48 |

DD1014

Strasburg Lawn Structures LLC
3270 Lower Valley Rd
Parkesburg, PA 19365

Check date:   06/27/25

**Pay to the order of:** Louis W Kulack          $ *************0.00

**Zero   and   00/100***********************************************************

Louis W Kulack
261 Sunnyside Rd
West Grove, PA 19390

| 80 | Louis W Kulack | | | | Check date: 06/27/25 | Check #: DD1014 |
|---|---|---|---|---|---|---|
| | | | | | Period begin: 06/08/25 | Period end: 06/21/25 |

| Wages | Rate | Reg Hrs | OT Rate | O/T Hrs | Benefit Hrs | Amount | YTD |
|---|---|---|---|---|---|---|---|
| Hourly Rate | 25.00 | 80.00 | 37.50 | 64.00 | | 4,400.00 | 23,084.38 |
| Driver | | | | | | 53.75 | 170.00 |
| Bonus | | | | | | 20.00 | 737.66 |
| Per Diem | | | | | | 300.00 | 1,725.00 |
| Mileage Reimbur | | | | | | | 21.70 |
| **Totals** | | **80.00** | | **64.00** | | **4,473.75** | **23,992.04** |

| Benefit | YTD Used | Available | Dir Dep Acct | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | 7599 | 3,573.80 | 17,866.48 | Net Check | 0.00 | 0.00 |
| | | | | | 1,139.83 | Direct Deposit | 3,573.80 | 19,006.31 |
| | | | | | | Total Pay | 3,573.80 | 19,006.31 |

| Deductions | Amount | YTD | Withholdings | Amount | YTD |
|---|---|---|---|---|---|
| Miscellaneous Deduction | 20.00 | 100.00 | FICA-SS | 277.38 | 1,487.51 |
| | | | FICA-MED | 64.86 | 347.88 |
| | | | FIT | 661.69 | 3,853.76 |
| | | | Pennsylvania SIT | 137.34 | 736.55 |
| | | | Pennsylvania SUI | 3.13 | 16.80 |
| | | | Pennsylvania Penn, Township of | 33.55 | 179.93 |
| | | | Pennsylvania West Sadsbury, Tow | 2.00 | 10.00 |
| **Total Deductions** | **20.00** | **100.00** | **Total Withholdings** | **1,179.95** | **6,632.43** |

DD1075

Strasburg Lawn Structures LLC
3270 Lower Valley Rd
Parkesburg, PA 19365

Check date:    07/11/25

**Pay to the order of:** Louis W Kulack          $ **************0.00

**Zero   and   00/100***************************************************

Louis W Kulack
261 Sunnyside Rd
West Grove, PA 19390

| 80 | Louis W Kulack | | | | Check date: 07/11/25 | Check #: DD1075 |
|---|---|---|---|---|---|---|
| | | | | | Period begin: 06/22/25 | Period end: 07/05/25 |

| Wages | Rate | Reg Hrs | OT Rate | O/T Hrs | Benefit Hrs | Amount | YTD |
|---|---|---|---|---|---|---|---|
| Hourly Rate | 25.00 | 80.00 | 37.50 | 83.25 | | 5,121.88 | 28,206.26 |
| Driver | | | | | | 77.50 | 247.50 |
| Bonus | | | | | | 352.18 | 1,089.84 |
| Per Diem | | | | | | 600.00 | 2,325.00 |
| Mileage Reimbur | | | | | | | 21.70 |
| **Totals** | | 80.00 | | 83.25 | | 5,551.56 | 29,543.60 |

| Benefit | YTD Used | Available | Dir Dep Acct | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | 7599 | 4,550.11 | 22,416.59 | Net Check | 0.00 | 0.00 |
| | | | | | 1,139.83 | Direct Deposit | 4,550.11 | 23,556.42 |
| | | | | | | Total Pay | 4,550.11 | 23,556.42 |

| Deductions | Amount | YTD | Withholdings | Amount | YTD |
|---|---|---|---|---|---|
| Miscellaneous Deduction | 40.00 | 140.00 | FICA-SS | 344.19 | 1,831.70 |
| | | | FICA-MED | 80.50 | 428.38 |
| | | | FIT | 918.80 | 4,772.56 |
| | | | Pennsylvania SIT | 170.43 | 906.98 |
| | | | Pennsylvania SUI | 3.89 | 20.69 |
| | | | Pennsylvania Penn, Township of | 41.64 | 221.57 |
| | | | Pennsylvania West Sadsbury, Tow | 2.00 | 12.00 |
| **Total Deductions** | 40.00 | 140.00 | **Total Withholdings** | 1,561.45 | 8,193.88 |

Strasburg Lawn Structures LLC  
3270 Lower Valley Rd  
Parkesburg, PA 19365

DD1136

Check date: 07/25/25

**Pay to the order of:** Louis W Kulack     $ *************0.00

**Zero   and   00/100**************************************************

Louis W Kulack  
261 Sunnyside Rd  
West Grove, PA 19390

| 80 | Louis W Kulack | | | | Check date: 07/25/25 | Check #: DD1136 |
|---|---|---|---|---|---|---|
| | | | | | Period begin: 07/06/25 | Period end: 07/19/25 |

| Wages | Rate | Reg Hrs | OT Rate | O/T Hrs | Benefit Hrs | Amount | YTD |
|---|---|---|---|---|---|---|---|
| Hourly Rate | 25.00 | 80.00 | 37.50 | 84.75 | | 5,178.13 | 33,384.39 |
| Driver | | | | | | 38.75 | 286.25 |
| Bonus | | | | | | 40.00 | 1,129.84 |
| Per Diem | | | | | | 600.00 | 2,925.00 |
| Mileage Reimbur | | | | | | | 21.70 |
| **Totals** | | 80.00 | | 84.75 | | 5,256.88 | 34,800.48 |

| Benefit | YTD Used | Available | Dir Dep Acct | Amount | YTD | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | 7599 | 4,360.15 | 26,776.74 | Net Check | 0.00 | 0.00 |
| | | | | | 1,139.83 | Direct Deposit | 4,360.15 | 27,916.57 |
| | | | | | | Total Pay | 4,360.15 | 27,916.57 |

| Deductions | Amount | YTD | Withholdings | Amount | YTD |
|---|---|---|---|---|---|
| Miscellaneous Deduction | 40.00 | 180.00 | FICA-SS | 325.93 | 2,157.63 |
| | | | FICA-MED | 76.23 | 504.61 |
| | | | FIT | 848.07 | 5,620.63 |
| | | | Pennsylvania SIT | 161.39 | 1,068.37 |
| | | | Pennsylvania SUI | 3.68 | 24.37 |
| | | | Pennsylvania Penn, Township of | 39.43 | 261.00 |
| | | | Pennsylvania West Sadsbury, Tow | 2.00 | 14.00 |
| **Total Deductions** | 40.00 | 180.00 | **Total Withholdings** | 1,456.73 | 9,650.61 |