IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOUIS W. KULACK, | : | CH. 13 |
| Debtor | : | |
| | : | NO. 25-13066-djb |

## PRAECIPE TO WITHDRAW DOCUMENT 11

TO THE CLERK:

    Kindly withdraw Doc 11, Certificate of Service of Ch. 13 Plan, as the wrong

document was selected.  The correct document will be filed contemporaneously

herewith.


Date: 09/15/2025                    /s/John A. Gagliardi
                              John A. Gagliardi, Esquire