**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| LOUIS W. KULACK | : | 25-13066-djb |
| Debtor | : | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT:** The correct addresses for certain Creditor(s) is/are as follows:

| OLD / INCORRECT ADDRESS | NEW / CORRECT ADDRESS |
|---|---|
| Toyota Motor Credit<br>PO Box 9786<br>Cedar Rapids, IA  52409-0004 | Toyota Motor Credit<br>PO Box 9013<br>Addison, TX  75001 |

**STATEMENT IN LIEU OF NOTICE**

The Debtor hereby certifies that a notice to the above Creditor(s), as to which corrected address information is herewith filed, is not required because the said Creditor(s) have received notice of all filings in this case.

WETZEL GAGLIARDI FETTER & LAVIN LLC

Date: September 26, 2025         BY:       /s/John A. Gagliardi
                                 John A. Gagliardi, Esquire
                                 122 South Church Street
                                 West Chester, PA 19382
                                 (484) 887-0779, Ext. 102/Phone
                                 (484) 887-8763/Fax
                                 jgagliardi@wgflaw.com