IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>LOUIS W. KULACK<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>    Movant,<br><br>           v.<br><br>LOUIS W. KULACK, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-13066-djb<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 20, 2025, I served copies of Movant Toyota Motor Credit Corporation's Objection to Confirmation of Debtor's First Amended Chapter 13 Plan filed November 7, 2025 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st Class Mail

| | |
|---|---|
| **Louis W. Kulack**<br>261 Sunnyside Road<br>West Grove, PA 19390 | **JOHN A. GAGLIARDI**<br>**Wetzel Gagliardi Fetter & Lavin LLC**<br>122 S. Church St.<br>West Chester, PA 19382 |

Service via Electronic Notice

| | |
|---|---|
| **KENNETH E. WEST**<br>**Office of the Chapter 13 Standing Trustee**<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

            /s/*Keri P. Ebeck*
            Keri P. Ebeck, Esq.
            PA I.D. # 91298
            kebeck@bernsteinlaw.com
            601 Grant Street, 9th Floor
            Pittsburgh, PA 15219
            Phone - (412) 456-8112
            Fax - (412) 456-8135

            *Counsel for Toyota Motor Credit Corporation*