IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 25-13066-djb |
| LOUIS W. KULACK, | Chapter 13 |
| Debtor, | Related to Document No. 20 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| LOUIS W. KULACK, and KENNETH E. WEST, Trustee, | |
| Respondents. | |

## PRAECIPE TO WITHDRAW MOVANT'S OBJECTON TO CONFIRMATION OF PLAN

TO THE CLERK OF COURTS:

Kindly withdraw the *Movant's Objection to Confirmation of Plan* filed on behalf of Toyota Motor Credit Corporation, at Document No. 20.

Dated: December 3, 2025

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 25-13066-djb |
| LOUIS W. KULACK, | Chapter 13 |
| Debtor, | Related to Document No. 20 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| LOUIS W. KULACK, and KENNETH E. WEST, Trustee, | |
| Respondents. | |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on December 3, 2025, I served copies of Movant Toyota Motor Credit Corporation's Praecipe to Withdraw Objection to Confirmation of Chapter 13 Plan filed November 20, 2025 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Louis W. Kulack<br>261 Sunnyside Road<br>West Grove, PA 19390 | John A. Gagliardi<br>122 S. Church St.<br>West Chester, PA 19382 |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

    By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Toyota Motor Credit Corporation*