# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS W. KULACK,<br>        Debtor | :   CH. 13<br>:<br>:   NO. 25-13066-djb |

**************************

## CERTIFICATION OF SERVICE

I, John A. Gagliardi, Esquire, certify that on December 12, 2025, I did cause a true and correct copy of the document(s) described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Ch. 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 12, 2025

By:   /s/John A. Gagliardi
John A. Gagliardi, Esquire
Attorney Id. No. 88230
Wetzel Gagliardi Fetter & Lavin LLC
122 South Church Street
West Chester, PA  19382
484-887-0779
jgagliardi@wgflaw.com

---

Mailing List Exhibit: (All served by first class US mail, postage prepaid):

Philadelphia
900 Market Street, Ste 400
Philadelphia, PA  19107-4233

Affirm, Inc.
650 California St., FL 12
San Francisco, CA 94108

American Express
PO Box 981537
El Paso, TX 79998

American Express National Bank
115 W. TOWNE RIDGE PARKWAY
Sandy, UT 84070

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 193550701

Caine & Weiner
12005 Ford St. - Ste. 300 Dallas,
TX 75234

Capital One, N.A.
PO Box 3025
New Albany, OH 43054-3025

Chester County Adult Probation
PO Box 2746
West Chester, PA 19380-0989

Credit Corp. Solutions
121 W. Election Rd. Ste. 200
Draper, UT 84020

Directv, LLC
By AIS InfoSource LP as Agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

Harris and Harris
111 W Jackson Blvd, Suite 650
Chicago, IL 60604

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

January Technologies, Inc.
176 Grand Street, 4th Floor New
York, NY 10013

JP Morgan Chase Auto
700 Kansas Ln
Mail Code LA
Monroe, LA 71203

Keystone Collections Group PO
Box 505
Irwin, PA 15642

Loandepot.com LLC
6561 Irvine Center Dr.
Irvine, CA 92618

Loandepot.com LLC
5465 LEGACY DRIVE - STE 400
Plano, TX 75024

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108

Midland Credit Management
320 E. Big Beaver Rd. Ste. 300
Troy, MI 48083

NCB
PO Box 1099
Langhorne, PA 19047

Online Information Services
PO Box 1489
Winterville, NC 28590

Penna. Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery Assoc LLC
PO Box 41067
Norfolk, VA 23541-1067

Quantum3 Group LLC as Agent for
Credit Corp Solutions, Inc.
PO Box 788
Kirkland, WA 98083-0788

Rausch Sturm LLP
525 Jay Point
Rock Creek, OH 44084

Redwood Credit Union
PO Box 6104
Santa Rosa, CA 95406-0104

Service Finance Co.
555 S. Federal Hwy. Ste. 200
Boca Raton, FL 33432

The CBE Group
PO Box 126
Waterloo, IA 50704

Township of Penn
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA  15642-7539

Toyota Motor Credit
PO Box 9013
Addison, TX  75001

US Dept. of Education/Nelnet
PO Box 82561
Lincoln, NE 68501

US Dept of Education/Nelnet
121 South 13th Street
Lincoln, NE  68508-1904

Wells Fargo
Small Business Lending Loss Recovery
PO Box 29482
Phoenix, AZ 85038-9482