United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Louis W. Kulack  
    Debtor

Case No. 25-13066-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 15, 2026     Form ID: 155     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis W. Kulack, 261 Sunnyside Road, West Grove, PA 19390-9462 |
| 15035243 | | Chester County Adult Probation, PO Box 2746, West Chester, PA 19380-0989 |
| 15036366 | + | LOANDEPOT.COM, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15035260 | + | Rausch Sturm LLP, 525 Jay Point, Rock Creek, OH 44084-9766 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15035239 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 16 2026 00:37:07 | Affirm, Inc., 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 15035240 | + | Email/PDF: bncnotices@becket-lee.com | Jan 16 2026 00:37:16 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15035241 | + | Email/PDF: bncnotices@becket-lee.com | Jan 16 2026 00:37:05 | American Express National Bank, 115 W. TOWNE RIDGE PARKWAY, Sandy, UT 84070-5511 |
| 15050085 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2026 00:37:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15035244 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 16 2026 00:33:00 | Credit Corp. Solutions, 121 W. Election Rd. Ste. 200, Draper, UT 84020 |
| 15035242 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 16 2026 00:33:26 | Caine & Weiner, 12005 Ford St. - Ste. 300, Dallas, TX 75234-7262 |
| 15041463 | | Email/Text: mrdiscen@discover.com | Jan 16 2026 00:33:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15043426 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:26 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15035245 | + | Email/Text: Harris@ebn.phinsolutions.com | Jan 16 2026 00:33:00 | Harris and Harris, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604-3589 |
| 15035246 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2026 00:33:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15035248 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2026 00:37:15 | JP Morgan Chase Auto, 700 Kansas Ln, Mail Code LA, Monroe, LA 71203-4774 |
| 15035247 | ^ | MEBN | Jan 16 2026 00:30:17 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 15035250 | ^ | MEBN | Jan 16 2026 00:30:27 | KML Law Group, PC, 701 MARKET ST STE 5000, Philadelphia, PA 19106-1541 |
| 15035249 | + | Email/Text: Bankruptcy@keystonecollects.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 155 | Total Noticed: 39 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 16 2026 00:33:00 | Keystone Collections Group, PO Box 505, Irwin, PA 15642-0505 |
| 15035251 | + | Email/Text: bknotification@loandepot.com | Jan 16 2026 00:33:00 | Loandepot.com, 5465 LEGACY DRIVE SUITE 400, Plano, TX 75024-3192 |
| 15035252 | ^ | MEBN | Jan 16 2026 00:30:17 | Loandepot.com LLC, 6561 Irvine Center Dr., Irvine, CA 92618-2118 |
| 15035255 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2026 00:33:00 | Midland Credit Management, 320 E. Big Beaver Rd. - Ste. 300, Troy, MI 48083-1271 |
| 15035254 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2026 00:33:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15053612 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2026 00:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15035257 | ^ | MEBN | Jan 16 2026 00:30:20 | NCB, PO Box 1099, Langhorne, PA 19047-6099 |
| 15035258 | + | Email/Text: bankruptcy@onlineis.com | Jan 16 2026 00:33:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 15056569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2026 00:37:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15035259 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2026 00:33:00 | Penna. Dept. of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15038528 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2026 00:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15035261 | | Email/Text: Bankruptcy@redwoodcu.org | Jan 16 2026 00:33:00 | Redwood Credit Union, 3033 Cleveland Ave. - Ste. 100, Santa Rosa, CA 95403 |
| 15035262 | + | Email/Text: servicing@svcfin.com | Jan 16 2026 00:33:00 | Service Finance Co., 555 S. Federal Hwy. Ste. 200, Boca Raton, FL 33432-6033 |
| 15056572 | + | Email/Text: bankruptcy@bbandt.com | Jan 16 2026 00:33:00 | Service Finance Company, a division of Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 15035263 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jan 16 2026 00:33:00 | The CBE Group, PO Box 126, Waterloo, IA 50704-0126 |
| 15063755 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 16 2026 00:33:00 | Township of Penn, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15035264 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 16 2026 00:33:00 | Toyota Motor Credit, PO Box 9013, Addison, TX 75001-9013 |
| 15050003 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 16 2026 00:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15041890 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 16 2026 00:33:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15035265 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 16 2026 00:33:00 | US Dept. of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15035266 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 16 2026 00:37:26 | Wells Fargo, Small Business Lending Loss Recovery, PO Box 29482, Phoenix, AZ 85038-9482 |
| 15055665 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 16 2026 00:37:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 155 | Total Noticed: 39 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15056471 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15036522 | *+ | LOANDEPOT.COM, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15035253 | *+ | Loandepot.com LLC, 5465 LEGACY DRIVE - STE 400, Plano, TX 75024-3192 |
| 15035256 | *+ | Midland Credit Management, 320 E. Big Beaver Rd. Ste. 300, Troy, MI 48083-1271 |
| 15051705 | *+ | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. GAGLIARDI | on behalf of Debtor Louis W. Kulack jgagliardi@wgflaw.com  lfolkert@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Louis W. Kulack  )  Case No. 25−13066−djb
 )
 )
   Debtor(s).  )  Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 15, 2026                                           For The Court

                                                                                  Derek J Baker
                                                                                   Judge, United States Bankruptcy Court