**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| LOUIS W. KULACK | : | NO. 25-13066-djb |
| Debtor | : | |

**CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY
OF ORDER APPROVING THE APPLICATION FOR COMPENSATION**

I, John A. Gagliardi, hereby certify as follows:

1. If the foregoing Application for Allowance of Debtors' Counsel Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 5005 and Paragraphs 2.c. of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by first class mail, postage prepaid on the following persons, and the Debtor(s), on the date set forth below:

    Kenneth E. West, Esq., Ch. 13 T'ee       Office of the U.S. Trustee
    190 N. Independent Mall West, St 701     900 Market Street, Ste 400
    Philadelphia, PA 19106                   Philadelphia, PA 19107

2. I served a copy of the Notice of the Application on all interested parties, as set forth in the attached list, by first class mail, postage prepaid, on the date set forth below.

3. No answer or other response has been served upon me since the date of service.

    WHEREFORE, the Debtor(s)' counsel request(s) that the Court approve the Application and allow the compensation as requested.

Date of Service:    January 16, 2026

Date:         February 5, 2026         By:   /s/John A. Gagliardi
                                       Wetzel Gagliardi Fetter & Lavin LLC
                                       122 South Church Street
                                       West Chester, PA 19382
                                       (484) 887-0779
                                       Fax (484) 887-8763
                                       jgagliardi@wgflaw.com