IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LOUIS W. KULACK<br>　　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATIONS,<br>　　　　Movant,<br><br>　　v.<br><br>LOUIS W. KULACK, and<br>KENNETH E. WEST, Trustee,<br>　　　　Respondents. | Bankruptcy No. 25-13066-DJB<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

　　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 24, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **LOUIS W. KULACK**<br>261 Sunnyside Road<br>West Grove, PA 19390 | **JOHN A. GAGLIARDI**<br>Wetzel Gagliardi Fetter & Lavin LLC<br>122 S. Church St.<br>West Chester, PA 19382 |

Service via electronic communication:

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall WEst<br>Suite 701<br>Philadelphia, PA 19106 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112